**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**LAWRENCE CALDWELL,**

      **Plaintiff,**

    **v.**

                                           **Civ. No. 03-1464 (GK/JMF)**

**CENTER FOR CORRECTIONAL HEALTH
AND POLICY STUDIES, INC *et al.***

      **Defendants**

**ORDER**

Defendants Stanley Harper, M.D. and Lorraine Lawson-Hyde have move to compel

answers to interrogatories but plaintiff's counsel represents that he will have served his answers

by May 1, 2005, rendering the motion moot.  There being no reason to doubt that representation

is true, the Motion of Defendants Stanley Harper, M.D. and Lorraine Lawson-Hyde to Compel

Plaintiff to Answer Interrogatories [#60] is denied. It is further ordered that plaintiff's application

for attorney fees is also denied.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: