# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE CALDWELL,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.** *et al.*,<br><br>    Defendants. | Civil Action No. 03-1464 (GK/JMF) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that the <u>Motion for Sanctions under Fed. R. Civ. P. 37(e) of Defendant The Center for Correctional Health and Policy Studies</u> [#59] is **DENIED.**

　　**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Date: