UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE CALDWELL,

    Plaintiff,

    v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
*et al.*,
    Defendants.

Civil Action No. 03-1464 (GK/JMF)

ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that <u>Plaintiff's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 for Failure to Comply with the Court's Orders</u> [#47] is **GRANTED** in part and **DENIED** in part.  It is further, hereby,

**ORDERED** that counsel shall individually show cause, within ten days of the date of this Order, why I should not sanction each of them for behavior during the discovery process as outlined in the accompanying Memorandum Opinion.  It is further, hereby,

**ORDERED** that counsel meet and confer within ten days of this Order, to resolve any outstanding interrogatories and requests to produce documents.  If the parties are unable to resolve any outstanding matters, they shall, within twenty days of the date of this Order, file a joint praecipe certifying that they have made a genuine effort to resolve their differences but failed.  Plaintiff may then, by that same latter date, move to compel any additional responses or

documents.

    **SO ORDERED.**

                                                                                        _____
                                                                                        JOHN M. FACCIOLA
                                                                                        UNITED STATES MAGISTRATE JUDGE

Date: